RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Tel: (510)763-9967
Fax: (510)272-0711
pollockesq@aol.com

Attorney for Defendant
DAVID BRUCE MORGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID MORGAN,<br><br>Defendant.<br>_____/ | CR. 09-00936-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE FOR SENTENCING**<br><br>_____ |

Defendant DAVID BRUCE MORGAN, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Tom Colthurst hereby stipulate and ask the Court to continue the sentencing in this case from April 18, 2012 to June 27, 2012 at 2:15 p.m.

///
///
///
///
///

///

This request is to provide time to complete Mr. Morgan's medical testing and to obtain important information for the California Department of Corrections that will pertain to his sentencing.

Dated: March 25, 2012      /s/ Randy Sue Pollock
RANDY SUE POLLOCK
Counsel for Defendant
David Bruce Morgan

Dated: March 25, 2012      /s/ Tom Colthurst
TOM COLTHURST
Assistant United States Attorney

SO ORDERED:

March_ 27 _, 2012

CHARLES R. BREYER
United States District Court Judge