IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID MORGAN,<br><br>　　　　Defendant.<br>_____/ | No. C 09-00936 CRB<br><br>**ORDER RESCINDING PREVIOUS ORDER DELAYING RETURN TO STATE CUSTODY** |

The United States Marshals Service has notified the Court that a liver biopsy is not likely to occur within thirty days and that a return to state custody would likely shorten the time it takes for David Morgan to receive the treatment he needs. At a status hearing held today, the Court informed the parties of the Marshals' recommendation that Morgan be returned to state custody forthwith, and neither defense counsel nor the government had any objection. The Court accordingly RESCINDS its February 28, 2013 order (dkt. 75) delaying Morgan's return to state custody.

**IT IS SO ORDERED.**

Dated: March 13, 2013

　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\936cr\order rescinding.wpd